─────────2:13-cr-368-JAD-VCF - July 24, 2017─────────

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,      )   Case No. 2:13-cr-368-JAD-VCF
                               )
              Plaintiff,       )   Las Vegas, Nevada
                               )   Monday, July 24, 2017
      vs.                      )   10:23 a.m.
                               )   Courtroom 6D
WILLIAM C. THOMPSON (1)        )
JOHN DAVID YODER (2),          )   STATUS CONFERENCE
                               )
              Defendants.      )   *C E R T I F I E D   C O P Y*
_____)

REPORTER'S TRANSCRIPT OF PROCEEDINGS

BEFORE THE HONORABLE JENNIFER A. DORSEY,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:     CRISTINA SILVA, AUSA
                       United States Attorney's Office
                       501 Las Vegas Boulevard South, Suite 1100
                       Las Vegas, Nevada 89101
                       (702) 388-6336

(Appearances continued on the next page.)

Court Reporter:        Felicia Rene Zabin, FCRR, RPR, CCR 478
                       feliciazabinccr@gmail.com

Proceedings reported via machine shorthand.  Transcript
produced via Computer-Aided Transcription (CAT) software.

FELICIA R. ZABIN, FCRR, RPR, CCR 478

2:13-cr-368-JAD-VCF - July 24, 2017

APPEARANCES:

For Defendant William C. Thompson:

    HEIDI A. OJEDA, AFPD
    Federal Public Defender's Office
    411 East Bonneville Avenue, Suite 250
    Las Vegas, Nevada 89101
    (702) 388-6577

For Defendant John David Yoder:

    William H. Gamage, Esq.
    The Law Office of William Gamage
    7626 Hope Valley Street
    Las Vegas, Nevada 89139
    (907) 227-6522

    John Patrick Dolan, Esq.
    Dolan Law Offices
    45-290 Fargo Street
    Indio, California 92201
    (760) 775-3739
    (telephonic)

2:13-cr-368-JAD-VCF - July 24, 2017

LAS VEGAS, NEVADA; MONDAY, JULY 24, 2017; 10:23 A.M.

--oOo--

P R O C E E D I N G S

COURTROOM ADMINISTRATOR:  All rise.

THE COURT:  Good morning.  Please have a seat.

COURTROOM ADMINISTRATOR:  Now is the time set for a status conference in Case No. 2:13-cr-368-JAD-VCF, United States of America versus William C. Thompson, et al.

Counsel, please state your appearances.

MS. SILVA:  Good morning.  Cristina Silva on behalf of the United States.

MS. OJEDA:  Good morning, Your Honor.  Heidi Ojeda on behalf of William Thompson who is present and in custody.

MR. GAMAGE:  Good morning, Your Honor.  William Gamage on behalf of Mr. Yoder who is present in custody.

THE COURT:  All right.

MR. DOLAN:  Good morning, Your Honor.  John Patrick Dolan on court call on behalf of Mr. Yoder as well.

THE COURT:  Thank you.  Good morning.

All right.  So when I granted, I think it was, a 10th trial continuance back in March, I set this for a status check to see if we are on track for our August 22nd trial date.

Ms. Silva, where are we at?

MS. SILVA:  Your Honor, we at this point are hoping to resolve Mr. Thompson's case and anticipate resolving

2:13-cr-368-JAD-VCF - July 24, 2017

Mr. Thompson's case via plea agreement.

With that being said, Ms. Cartier-Giroux has been in contact with Mr. Dolan.  We will request another continuance for Mr. Yoder to potentially resolve that case via plea agreement was well.  Just want additional time to discuss different issues regarding his case versus the issues with Mr. Thompson's case.

In terms of resolving Mr. Thompson's case, to give the Court a head's up, we do anticipate Rule 20 potential charges out of the District of Arizona to the District of Nevada to resolve both cases jointly.

THE COURT:  Ah.

Anything to add, Ms. Ojeda?

MS. OJEDA:  No, Your Honor.  That is correct.  And part of the delay is the Rule 20 process, a whole bunch of people have to sign off on everything.  But I think we're on track to be able to enter a plea before the current trial date or we would request a short continuance, but we'll file a stipulation if that's necessary.

THE COURT:  Okay.  Wonderful.

Mr. Gamage or Mr. Dolan, anything else on -- that you want to add?

MR. GAMAGE:  Your Honor, I have nothing to...

THE COURT:  All right.

Mr. Dolan?

2:13-cr-368-JAD-VCF - July 24, 2017

MR. DOLAN: I have no questions. We understand that the resolution of Mr. Yoder's case requires the precursor of resolving Mr. Thompson's case. So we think it's in Mr. Yoder's best interest for a brief continuance.

THE COURT: All right.

Well, it sounds like everybody's in agreement that this case will need a brief continuance, an 11th brief continuance, but it seems to be moving toward resolution and that it's not mere delay.

So, Ms. Silva, I'll let you coordinate the stip and I'll keep an eye out for that.

Is there anything else that we need to address while we're here?

MS. SILVA: No, Your Honor. Thank you.

MS. OJEDA: No, Your Honor.

THE COURT: Mr. Dolan, anything else?

MR. DOLAN: Nothing else. Thank you.

THE COURT: All right.

All right. Thank you, everybody, for being here. I will keep an eye out for that stipulation and then eventually some plea hearings.

MS. OJEDA: Yes, Your Honor.

MS. SILVA: Thank you, Your Honor.

THE COURT: All right. Thank you all.

MR. DOLAN: Very well.

FELICIA R. ZABIN, FCRR, RPR, CCR 478

2:13-cr-368-JAD-VCF - July 24, 2017

THE COURT:  We're adjourned.

(Attorney-client discussion.)

(Proceedings concluded at 10:26 a.m.)


--oOo--

COURT REPORTER'S CERTIFICATE


I, FELICIA RENE ZABIN, Official Court Reporter, United States District Court, District of Nevada, Las Vegas, Nevada, do hereby certify that pursuant to 28 U.S.C. § 753 the foregoing is a true, complete, and correct transcript of the proceedings had in connection with the above-entitled matter.

DATED:  May 5, 2021

_____/s/ Felicia Rene Zabin_____
FELICIA RENE ZABIN, FCRR, RPR, CCR 478